IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FREDDIE T. VALDEZ,

    Plaintiff,

vs.                                              No. CIV 08-1140 LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.

### ORDER GRANTING UNOPPOSED MOTION TO REVERSE AND REMAND PURSUANT TO SENTENCE FOUR

THIS MATTER comes before the Court on Defendant Michael J. Astrue's Motion to Reverse and Remand Pursuant to Sentence Four [Doc. 15], filed July 10, 2009.

Defendant states that he reached a settlement with Plaintiff to reverse and remand this case pursuant to Sentence Four of 42 U.S.C. § 405(g). He asks that the Court enter an Order remanding the case for further development of the record and for a supplemental hearing before an Administrative Law Judge. Defendant states that Plaintiff concurs in the Motion.

The Court finding good cause therefor,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four [Doc. 15] is granted. The case is remanded to the Commissioner for further administrative proceedings, under the conditions agreed to by the parties as stated in the Motion.

*Lorenzo F. Garcia*
Lorenzo P. Garcia
Chief United States Magistrate Judge