IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FREDDIE T. VALDEZ,

        Plaintiff,

vs.                                                                                                          No. CIV 08-1140 LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

## **JUDGMENT**

      An Order was entered in the above-entitled case this date, granting Defendant's Unopposed Motion to Reverse and Remand Pursuant to Sentence Four. This case having been remanded to the Commissioner for further administrative proceedings in accord with the parties' agreement,

      JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Freddie T. Valdez.

                                                                             *Lorenzo F. Garcia*
                                                                             Lorenzo F. Garcia
                                                                             Chief United States Magistrate Judge