IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FREDDIE T. VALDEZ,

       Plaintiff,

vs.                                                                                    No. CIV 08-1140 LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

       Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR AWARD OF ATTORNEY FEES

THIS MATTER comes before the Court on Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act [Doc. 19], filed August 6, 2009. Defendant filed his Response [Doc. 22] on August 21, 2009, stating he had no objection to an award of attorney fees in the amount requested, $6,492.98.

The Court having considered the Motion and Response thereto, and finding that Plaintiff is the prevailing party, the fees requested are reasonable, and all other conditions for an award of attorney fees under EAJA are satisfied,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [Doc. 19] is granted, and Plaintiff is authorized to receive $6,492.98 for payment to his attorney for services before the Court.

                                                                                   */s/ Lorenzo F. Garcia*
                                                                                   Lorenzo F. Garcia
                                                                                   Chief United States Magistrate Judge